UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY WU,

                Plaintiff,

-v-

MADAME PAULETTE VALET SERVICES,
INC., MADAME PAULETTE LIC, LLC, *and*
MADAME PAULETTE INTERIORS, LLC

                Defendant.



No. 18-cv-7359 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a letter from Plaintiffs informing the Court that the parties have reached a settlement. (Doc. No. 13.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:      October 26, 2018
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation